UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JAMIE DURHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:20-CV-257-RLY-MPB |
| ) | |
| EVICORE HEALTHCARE MSI, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter, having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court being duly advised in the premises, hereby GRANTS said joint stipulation.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the suit filed by Plaintiff, Jamie Durham, against Defendant, eviCore Healthcare MSI, LLC, is hereby dismissed, with prejudice, with each party to bear its own fees and costs.

SO ORDERED this 15th day of July 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via
e-mail generated by the Court's ECF system